UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

MICHAEL PAULICK,

    Plaintiff,

  v.

RITZ-CARLTON HALF MOON BAY, et al.,

    Defendants.

No. C 10-4107 CRB

**ORDER RE: ATTENDANCE AT MEDIATION**

Date: April 18 & 19, 2013
Mediator: Howard Herman

    IT IS HEREBY ORDERED that the request to excuse plaintiff Michael Paulick from appearing in person at the April 18 and 19, 2013, mediation session before Howard Herman is GRANTED. Mr. Paulick shall participate telephonically in the session unless or until excused by the mediator in accordance with ADR L.R. 6-10(f).

    IT IS SO ORDERED.

April 15, 2013     By: _____
Dated                                    Maria-Elena James
                                             United States Magistrate Judge