1
2
3
4
5
6                    UNITED STATES  DISTRICT COURT
7                     Northern District of California
8                       San Francisco Division
9
10   MICHAEL PAULICK,                        No. C 10-4107 CRB
11            Plaintiff,                      **ORDER RE: ATTENDANCE AT**
                                             **MEDIATION**
12        v.
13   RITZ-CARLTON HALF MOON BAY, et al.,
                                             Date:         April 18 & 19, 2013
14          Defendants.                      Mediator:     Howard Herman
     _____/
15
16        IT IS HEREBY ORDERED that the request to excuse plaintiff Michael Paulick from

17   appearing in person at the April 18 and 19, 2013, mediation session before Howard Herman is

18   GRANTED.  Mr. Paulick shall participate telephonically in the session unless or until excused by

19   the mediator in accordance with ADR L.R. 6-10(f).

20        IT IS SO ORDERED.

21
22
23   ___April 15, 2013___     By:   _____
     Dated                              Maria-Elena James
24                                      United States Magistrate Judge
25
26
27
28

**UNITED STATES DISTRICT COURT**
For the Northern District of California