THIMESCH LAW OFFICES
TIMOTHY S. THIMESCH, ESQ. (No. 148213)
158 Hilltop Crescent
Walnut Creek, CA 94576-3452
Direct: (925) 588-0401
Facsimile: (888) 210-8868
tim@thimeschlaw.com

Attorney for Related-Plaintiff MICHAEL PAULICK

THEODORE L. WHITE, ESQ. (Pro Hac Vice)
DEUTSCH, KERRIGAN & STILES, LLP
755 Magazine St.
New Orleans, LA 70130
Telephone: 504-581-5141
Facsimile: 504-593-0604
white@dkslaw.com

Attorneys For Defendants SHC HALF MOON BAY, LLC; DTRS HALF MOON BAY, LLC; and STRATEGIC HOTELS AND RESORTS, INC

MINH H. VU, ESQ. (PHV)
SEYFARTH SHAW LLP
975 F Street, N.W.
Washington, D.C. 20004 ;t'-
Telephone: (202) 463-2400
MVu@seyfarth.com

EDEN ANDERSON, ESQ. (SBN 233464)
SEYFARTH SHAW LLP
560 Mission Street, Suite 3100
San Francisco, CA 94105
Telephone: (415) 397-2823
eanderson@seyfarth.com

Attorneys for THE RITZ-CARLTON HOTEL COMPANY, LLC and MARRIOTT INTERNATIONAL, INC.

JEFFER MANGELS BUTLER & MITCHELL LLP
MARTIN H. ORLICK (Bar No. 083908),
MHO@jmbm.com
MATTHEW S. KENEFICK (Bar No. 227298),
MSK@jmbm.com
Two Embarcadero Center, Fifth Floor
San Francisco, California 94111-3824
Telephone: (415) 398-8080
Facsimile: (415) 398-5584

Attorneys for Defendants SHC HALF MOON BAY, LLC; DTRS HALF MOON BAY, LLC; and STRATEGIC HOTELS AND RESORTS, INC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL PAULICK,<br><br>   Plaintiff,<br>v.<br><br>RITZ-CARLTON HALF MOON BAY, et al.<br><br>   Defendants.<br>_____ / | Case No. C10-4107-CRB<br>Civil Rights<br><br>**NOTICE OF SETTLEMENT;<br>STIPULATION AND [Proposed]<br>ORDER TO VACATE SCHEDULING<br>CONFERENCE**<br><br>**Scheduling Conference:**<br>Date:  November 1, 2013<br>Time:  8:30 AM<br>Judge:  Hon. Charles R. Breyer |

  All Parties are pleased to report that, thanks to the efforts of Mediator Howard Herman, they have reached a complete settlement of all claims, including injunctive relief, statutory

Notice of Settlement: Case No. C10-4107-CRB

1 damages, and for an award of reasonable statutory attorney's fees, litigation expenses, and
2 costs. The Parties have begun the process of documenting the settlement, and plan to have that
3 process completed, and a Request for Dismissal submitted, no later than the end of November
4 2013. In the meantime, the Parties request that the Court vacate the Scheduling Conference set
5 ////

Thimesch Law Offices
158 Hilltop Crescent
Walnut Creek, CA
94597-3452
(925) 588-0401

Notice of Settlement: Case No. C10-4107-CRB

— 2 —

1    for November 1, 2013.

2    SO STIPULATED.

Dated: October 25, 2013

MINH H. VU, ESQ.
EDEN ANDERSON, ESQ.
SEYFARTH SHAW LLP

/s/ Authorized Signed
Attorneys for Defendants THE RITZ-CARLTON HOTEL COMPANY, LLC; MARRIOTT INTERNATIONAL, INC.

Dated: October 25, 2013

THEODORE L. WHITE, ESQ.
DEUTSCH, KERRIGAN & STILES, LLP

/s/ Authorized Signed
Attorneys for Defendants SHC HALF MOON BAY, LLC; DTRS HALF MOON BAY, LLC; and STRATEGIC HOTELS AND RESORTS, INC.

Dated: October 25, 2013

JEFFER MANGELS BUTLER & MITCHELL LLP
MARTIN H. ORLICK, ESQ.
MATTHEW S. KENEFICK

/s/ Authorized Signed
Attorneys for Defendant
SHC HALF MOON BAY, LLC; DTRS HALF MOON BAY, LLC; and STRATEGIC HOTELS AND RESORTS, INC.

Dated: October 25, 2013

TIMOTHY S. THIMESCH, ESQ.
THIMESCH LAW OFFICES

/s/ Authorized Signed
Attorneys for Plaintiff MICHAEL PAULICK

**ORDER**

SO ORDERED.

Case management conference continued to December 13, 2013 at 8:30 a.m. with the case management statement due December 6, 2013

Dated: Oct. 28, 2013

CHARLES R. BREYER
JUDGE OF U.S. DISTRICT

*IT IS SO ORDERED — Judge Charles R. Breyer*

Thimesch Law Offices
158 Hilltop Crescent
Walnut Creek, CA
94597-3452
(925) 588-0401

Notice of Settlement: Case No. C10-4107-CRB

— 3 —