THIMESCH LAW OFFICES
TIMOTHY S. THIMESCH, ESQ. (No. 148213)
158 Hilltop Crescent
Walnut Creek, CA 94576-3452
Direct: (925) 588-0401
Facsimile: (888) 210-8868
tim@thimeschlaw.com

Attorney for Related-Plaintiff MICHAEL PAULICK

THEODORE L. WHITE, ESQ. (Pro Hac Vice)
DEUTSCH, KERRIGAN & STILES, LLP
755 Magazine St.
New Orleans, LA 70130
Telephone: 504-581-5141
Facsimile: 504-593-0604
white@dkslaw.com

Attorneys For Defendants SHC HALF MOON BAY, LLC; DTRS HALF MOON BAY, LLC; and STRATEGIC HOTELS AND RESORTS, INC

MINH H. VU, ESQ. (PHV)
SEYFARTH SHAW LLP
975 F Street, N.W.
Washington, D.C. 20004 ;t'-
Telephone: (202) 463-2400
MVu@seyfarth.com

EDEN ANDERSON, ESQ. (SBN 233464)
SEYFARTH SHAW LLP
560 Mission Street, Suite 3100
San Francisco, CA 94105
Telephone: (415) 397-2823
eanderson@seyfarth.com

Attorneys for THE RITZ-CARLTON HOTEL COMPANY, LLC and MARRIOTT INTERNATIONAL, INC.

JEFFER MANGELS BUTLER & MITCHELL LLP
MARTIN H. ORLICK (Bar No. 083908),
MHO@jmbm.com
MATTHEW S. KENEFICK (Bar No. 227298),
MSK@jmbm.com
Two Embarcadero Center, Fifth Floor
San Francisco, California 94111-3824
Telephone: (415) 398-8080
Facsimile: (415) 398-5584

Attorneys for Defendants SHC HALF MOON BAY, LLC; DTRS HALF MOON BAY, LLC; and STRATEGIC HOTELS AND RESORTS, INC

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL PAULICK,<br><br>        Plaintiff,<br>v.<br><br>RITZ-CARLTON HALF MOON BAY, et al.<br><br>        Defendants. | Case No. C10-4107-CRB<br>Civil Rights<br><br>**NOTICE OF SETTLEMENT;**<br>**STIPULATION AND [Proposed]**<br>**ORDER TO VACATE SCHEDULING**<br>**CONFERENCE**<br><br>**Scheduling Conference:**<br>Date:     November 1, 2013<br>Time:     8:30 AM<br>Judge:    Hon. Charles R. Breyer |

All Parties are pleased to report that, thanks to the efforts of Mediator Howard Herman, they have reached a complete settlement of all claims, including injunctive relief, statutory

Notice of Settlement: Case No. C10-4107-CRB

1 damages, and for an award of reasonable statutory attorney's fees, litigation expenses, and
2 costs. The Parties have begun the process of documenting the settlement, and plan to have that
3 process completed, and a Request for Dismissal submitted, no later than the end of November
4 2013. In the meantime, the Parties request that the Court vacate the Scheduling Conference set
5 ////

Thimesch Law Offices
158 HILLTOP CRESCENT
WALNUT CREEK, CA
94597-3452
(925) 588-0401

**Notice of Settlement: Case No. C10-4107-CRB**

— 2 —

1 for November 1, 2013.

2     SO STIPULATED.

3

4 Dated: October 25, 2013     MINH H. VU, ESQ.
    EDEN ANDERSON, ESQ.
5     SEYFARTH SHAW LLP

6     /s/ Authorized Signed
    Attorneys for Defendants THE RITZ-CARLTON
7     HOTEL COMPANY, LLC; MARRIOTT
    INTERNATIONAL, INC.
8

9 Dated: October 25, 2013     THEODORE L. WHITE, ESQ.
    DEUTSCH, KERRIGAN & STILES, LLP
10

11     /s/ Authorized Signed
    Attorneys for Defendants SHC HALF MOON BAY,
    LLC; DTRS HALF MOON BAY, LLC; and
12     STRATEGIC HOTELS AND RESORTS, INC.

13 Dated: October 25, 2013     JEFFER MANGELS BUTLER & MITCHELL LLP
    MARTIN H. ORLICK, ESQ.
14     MATTHEW S. KENEFICK

15     /s/ Authorized Signed
    Attorneys for Defendant
16     SHC HALF MOON BAY, LLC; DTRS HALF
    MOON BAY, LLC; and STRATEGIC HOTELS
17     AND RESORTS, INC.

18 Dated: October 25, 2013     TIMOTHY S. THIMESCH, ESQ.
    THIMESCH LAW OFFICES
19

20     /s/ Authorized Signed
    Attorneys for Plaintiff MICHAEL PAULICK

21

22     **ORDER**

23     SO ORDERED.

24 Case management conference continued to December 13, 2013 at 8:30 a.m. with the case

25 management statement due December 6, 2013

26

27 Dated: Oct. 28, 2013

28     CHARLES R. BREYER
    JUDGE OF U.S. DISTRICT

IT IS SO ORDERED
Judge Charles R. Breyer

Thimesch Law Offices
158 Hilltop Crescent
Walnut Creek, CA
94597-3452
(925) 588-0401

Notice of Settlement: Case No. C10-4107-CRB

— 3 —